UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>NICHOLAS TESTAGROSSA,<br><br>Defendant | Criminal No.<br><br>Violations:<br><br>Count One: Obstruction and Attempted Obstruction of an Official Proceeding (18 U.S.C. § 1512(c)(1))<br><br>Counts Two and Three: Video Voyeurism (18 U.S.C. § 1801(a))<br><br>Obstruction and Attempted Obstruction of an Official Proceeding Forfeiture Allegation: (18 U.S.C. § 981(a)(1)(C); 28 U.S.C. § 2461(c) |

INFORMATION

COUNT ONE
Obstruction and Attempted Obstruction of an Official Proceeding
(18 U.S.C. § 1512(c)(1))

The United States Attorney alleges:

On or about a date between March 28, 2025, and March 31, 2025, in Westminster, in the District of Massachusetts, and elsewhere, the defendant,

NICHOLAS TESTAGROSSA,

did knowingly, intentionally, and corruptly alter, destroy, mutilate and conceal one or more records, documents and other objects, to wit: a black video camera, bearing a QR code and an associated number VE3640975DGPN, and the files and images created thereby, namely: the files 0000308_Carved.mp4 and 0000339_Carved.mp4, and attempt to do so, with the intent to impair such files' integrity and availability for use in an official proceeding, to wit: a proceeding before

the federal grand jury in the District of Massachusetts relating to the commission and possible commission of one or more criminal offenses, including the criminal offenses charged in Counts Two and Three.

All in violation of Title 18, United States Code, Section 1512(c)(1).

COUNT TWO
Video Voyeurism
(18 U.S.C. § 1801(a))

The United States Attorney further alleges:

On or about March 1, 2025, in Westminster, in the District of Massachusetts, the defendant,

NICHOLAS TESTAGROSSA,

in the special maritime and territorial jurisdiction of the United States, with intent, did capture an image of a private area of an individual without their consent, to wit: 0000308_Carved.mp4, and knowingly did so under circumstances in which the individual had a reasonable expectation of privacy.

All in violation of Title 18, United States Code, Section 1801(a).

COUNT THREE
Video Voyeurism
(18 U.S.C. § 1801(a))

The United States Attorney further alleges:

On or about March 3, 2025, in Westminster, in the District of Massachusetts, the defendant,

NICHOLAS TESTAGROSSA,

in the special maritime and territorial jurisdiction of the United States, with intent, did capture an image of a private area of an individual without their consent, to wit: 0000339_Carved.mp4, and knowingly did so under circumstances in which the individual had a reasonable expectation of privacy.

All in violation of Title 18, United States Code, Section 1801(a).

## OBSTRUCTION AND ATTEMPTED OBSTRUCTION OF AN OFFICIAL PROCEEDING FORFEITURE ALLEGATION

1. Upon conviction of the offense in violation of Title 18, United States Code, Section 1512(c)(1), set forth in Count One, the defendant,

NICHOLAS TESTAGROSSA,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offenses.

2. If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), as a result of any act or omission of the defendant --

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

All pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c).

                                          Respectfully submitted,

                                          LEAH B. FOLEY
                                          UNITED STATES ATTORNEY

                                   By: /s/ *Danial E. Bennett*
                                          Danial E. Bennett
                                          Assistant U.S. Attorney

Date:   December 15, 2025